# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2018

156255

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MELANIE CROMER,
   Plaintiff-Appellee,

v

JIMMY'S GAS & GO, LLC,
   Defendant-Appellant.

SC:  156255
COA:  331494
Wayne CC:  14-015064-NO

_____/

  On order of the Court, the application for leave to appeal the June 27, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2018



a0501

       Clerk